UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00240

*consolidated with* No. 6:23-cv-00244

**Morris Landon Johnson, II,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

**O R D E R**

Petitioner Morris Landon Johnson, II, proceeding pro se, filed petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court granted petitioner's motion to consolidate the petitions and referred the case to a magistrate judge. Docs. 3, 4.

The magistrate judge issued a report and recommendation that the court dismiss the petitions without prejudice to petitioner's right to seek permission from the U.S. Court of Appeals for the Fifth Circuit to file a successive petition. Doc. 32 at 12. The report also recommended that the court deny petitioner a certificate of appealability sua sponte. *Id.* A copy of the report was sent to petitioner on February 19, 2025, and February 25, 2025. To date, however, petitioner has neither filed objections nor otherwise responded to the report.

When no party objects to a report, the court reviews the record for clear error. Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 addition; *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam). Having reviewed the record, and being satisfied that it contains no clear error, the court accepts the magistrate judge's findings and recommendations. Petitioner's habeas petitions are dismissed without prejudice to petitioner's right to seek permission from the U.S. Court of Appeals for the Fifth Circuit to file a successive petition. A certificate of

appealability is denied sua sponte. Any pending motions are denied as moot.

*So ordered by the court on September 24, 2025.*

--------------------------------------
J. CAMPBELL BARKER
United States District Judge