UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00240

*consolidated with* No. 6:23-cv-00244

**Morris Landon Johnson, II,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

# FINAL JUDGMENT

    The court, having considered petitioner's habeas corpus petitions, hereby enters judgment that petitioner's consolidated cases (Nos. 6:23-cv-00240, 6:23-cv-00244) are dismissed without prejudice to petitioner's right to seek permission from the United States Court of Appeals for the Fifth Circuit to file a successive petition. The clerk of court is directed to close this case.

    *So ordered by the court on September 24, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -